UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERESA VAZQUEZ, individually and on
behalf of all others similarly situated,

      Plaintiff,

v.                                 Case No.: _____

CAPIO PARTNERS LLC, and
CF MEDICAL LLC,

      Defendants.
_____/

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendants, Capio Partners LLC (Capio), and CF Medical LLC, (CF Medical), (collectively, Defendants), through undersigned counsel, hereby remove the above-captioned civil action from the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida, to the United States District Court for the Middle District of Florida, Tampa Division. The removal of this civil case is proper because:

1.     Defendants are named in this civil action filed by plaintiff, Teresa Vazquez, ("plaintiff"), in the Circuit Court of the Sixth Judicial Circuit, in and for Pasco County, Florida, titled *Teresa Vazquez v. Capio Partners, LLC and CF Medical, LLC,* Case No.: 2002CA001535CAAXWS (hereinafter the "State Court Action").

2. Defendants remove this case on the basis of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, *et seq.,* as plaintiff's Complaint claims relief based on alleged practices in violation of federal law.

3. Pursuant to 28 U.S.C. § 1446(b), Defendants have timely filed this Notice of Removal. Defendants were served with plaintiff's Complaint on June 28, 2022. This Notice of Removal is filed within 30 days of receipt of the Complaint by Defendants.

4. Attached hereto as **Exhibit A** and incorporated by reference as part of the Notice of Removal are true and correct copies of the process and pleadings in the State Court Action. No further proceedings have taken place in the State Court Action.

5. A copy of this Notice of Removal is being served upon plaintiff and filed concurrently with the Sixth Judicial Circuit, in and for Pasco County, Florida.

WHEREFORE, Defendants, Capio Partners, LLC and CF Medical, LLC, hereby remove to this Court the State Court Action.

Dated: July 18, 2022

Respectfully Submitted,

*/s/ Rachel M. Fleishman*
Rachel M. Fleishman, Esq.
Florida Bar No. 1026438
Dayle M. Van Hoose, Esq.
Florida Bar No. 0016277
SESSIONS, ISRAEL & SHARTLE, L.L.C.

                3350 Buschwood Park Drive, Suite 195
                Tampa, Florida 33618
                Telephone: (813) 775-2170
                Facsimile: (877) 334-0661
                rfleishman@sessions.legal
                dvanhoose@sessions.legal
                *Counsel for Defendants,*
                *Capio Partners, LLC and*
                *CF Medical, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of July 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including the described below.

                Jason Tenenbaum, Esq.
                Tenenbaum Law Group, PLLC
                1600 Ponce De Leon Blvd., 10th Floor
                Coral Gables, FL 33134
                *Counsel for Plaintiff*

                      */s/ Rachel M. Fleishman*
                      Attorney